UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60004-CR-COHN/SELTZER(s)

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ROANNE EYE,
    Defendant.
_____:

**DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 3**

    The defendant, Roanne Eye, through counsel, and pursuant to Rule 30 of the Federal Rules of Criminal Procedure, respectfully submits a modified Good Faith Defense jury instruction as to all the offenses charged in the indictment.

**Alternative Modified Good-faith Defense Instruction**

    This instruction applies to each offense charged in the indictment. "Good faith" is a complete defense to a charge that requires proof that the defendant acted corruptly as alleged in Count 1 of the indictment or a charge that the defendant intentionally filed a fraudulent claim as alleged in Counts 2 through 12 of the indictment.

    A defendant isn't required to prove good faith. With respect to Count 1 of the indictment, the Government must prove beyond a reasonable doubt that the defendant acted corruptly. With respect to Counts 2 through 12 of the indictment, the government must prove beyond a reasonable doubt the defendant intentionally filed a fraudulent claim.

An honestly held opinion or an honestly formed belief cannot be fraudulent intent – even if the opinion or belief is mistaken. Similarly, evidence of a mistake in judgment, an error in management, or carelessness can't establish fraudulent intent.

But an honest belief that her tax returns were filed lawfully doesn't constitute good faith if the Defendant intended to deceive others by making representations the Defendant knew to be false or fraudulent.

*See United States v. Morris*, 20 F.3d 1111 (11th Cir. 1994)(for purposes of offense of filing false tax returns, specific intent element of offense may be negated by good-faith misunderstanding of law or good-faith belief that one is not violating law, regardless of whether belief is reasonable) *United States v. Nash*, 175 F.3d 429 (6th Cir. 1999)(good faith is a valid defense to charge of making false tax refund claims in violation of 18 U.S.C. § 287); Eleventh Circuit Pattern Jury Instructions (Criminal Cases), Special Instruction 17 (2010); Eleventh Circuit Pattern Instructions (Criminal Cases), Offense Instruction 111 (to act corruptly means to act knowingly and dishonestly for a wrongful purpose).

Respectfully submitted,

MICHAEL CARUSO
INTERIM FEDERAL PUBLIC DEFENDER

By:  s/ *Daryl E. Wilcox*
      Daryl E. Wilcox
      Assistant Federal Public Defender
      Florida Bar No. 838845
      One E. Broward Boulevard, Suite 1100
      Ft. Lauderdale, FL 33301-1842
      (954) 356-7436
      (954) 356-7556, Fax
      Daryl_Wilcox@FD.Org, E-Mail

## CERTIFICATE OF SERVICE

I HEREBY certify that on February 9, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/Daryl E. Wilcox*
Daryl E. Wilcox

J:\Eye, Roanne  Reg 96352-004\Pleadings\Proposed jury instruction 3.wpd

## SERVICE LIST
## UNITED STATES v. ROANNE EYE
### CASE NO. 11-60004-CR-COHN/SELTZER(s)
### United States District Court, Southern District of Florida

Jennifer A. Keene, Esq.
jennifer.keene@usdoj.gov
Assistant United States Attorney
500 E. Broward Boulevard, 7th Floor
Fort Lauderdale, FL 33394-3016
954-356-7255
954-356-7336, fax
Attorney for the Government
Notices of Electronic Filing

Matthew J. Mueller, Esq.
matthew.j.mueller@usdoj.gov
US Department of Justice Tax Division
601 D Street, NW, 7th Floor
Washington, DC 20004
202-514-5145
202-514-0961, fax
Attorney for the Government
Notices of Electronic Filing

Daryl E. Wilcox, Esq.
daryl_wilcox@fd.org
Assistant Federal Public Defender
One E. Broward Boulevard, Suite 1100
Fort Lauderdale, FL 33301-1842
954-356-7436
954-356-7556, fax
Attorney for Roanne Eye
Notices of Electronic Filing