UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-60004-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

v.

ROANNE EYE,

       Defendant.

_____/

### ORDER DENYING DEFENDANT'S MOTION
### FOR RELEASE PENDING SENTENCE

**THIS CAUSE** is before the Court on Defendant Roanne Eye's Motion to Release Pending Sentence [DE 155].  The Court has considered the motion, the Government's response [DE 157], and the record in this case, and is otherwise advised in the premises.[1]

Mrs. Eye was convicted by jury of twelve felony offenses, to wit: one count of interference with the administration of the tax laws and eleven counts of filing false claims.  She faces a maximum of 58 years in prison.  She now seeks a release from custody pending her sentencing hearing.  18 U.S.C. § 3143 places a burden on Mrs. Eye to prove by clear and convincing evidence that she is not likely to flee or pose a danger to the safety of any person or the community.

Having considered Mrs. Eye's motion and her conduct relative to this case, the Court finds that Mrs. Eye has openly and expressly challenged this Court's authority to adjudicate her case.  She stated on the record that she "does not accept the contract offered," after which she attempted to leave the courtroom before being restrained by

---

[1] Mrs. Eye has not filed a reply, and the time for doing so has passed.

the Court's security officer and subsequently the U.S. Marshal's Service.  The Court has no confidence that Mrs. Eye would voluntarily appear for sentencing.  Her tactics have included the service of documents reflecting an indebtedness by the Court to her for failure to dismiss the case.  Having now been convicted by a jury of felony offenses, the Court fears that she will abscond.

In summary, the Court finds that Mrs. Eye has failed to establish by clear and convincing evidence that she is not likely to flee.  Therefore, it is

**ORDERED AND ADJUDGED** that Defendant Roanne Eye's Motion to Release Pending Sentence [DE 155] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 27th day of February, 2012.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF