UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60004-CR-COHN

UNITED STATES OF AMERICA

vs.

ROANNE EYE,

    Defendant.
_____/

## NOTICE OF WITHDRAWAL OF COUNSEL

The United States hereby gives notice of the withdrawal of Matthew J. Mueller as counsel in this matter. The undersigned will no longer be employed by the Tax Division as of March 24, 2012. AUSA Jennifer Keene will continue as counsel for the United States in this case.

Respectfully submitted:

                        WIFREDO A. FERRER
                        UNITED STATES ATTORNEY

Date: March 21, 2012         By:  *s/ Matthew J. Mueller*
                                              MATTHEW J. MUELLER
                                              Trial Attorney
                                              U.S. Department of Justice, Tax Division
                                              Southern Criminal Enforcement Section
                                              601 D Street, N.W., Room 7636
                                              Washington, D.C. 20004
                                              Tel.: (202) 305-3601
                                              Fax: (202) 514-0961
                                              matthew.j.mueller@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

                                              s/ *Matthew J. Mueller*
                                              MATTHEW J. MUELLER
                                              Trial Attorney