> **OFFICE OF EXECUTOR**
> Executor / Administrator for:
> **DAVID STEPHEN   EYE ESTATE**
> C/O 151 North Nob Hill Road, Suite 120
> Plantation, Florida 33324
> (954) 610-4703

**April 18, 2012**   **Certified Mail #7006 2150 0002 1246 3786**

TO: Office of the Honorable Judge James Cohn
ATTN:  Judge James Cohn
299 East Broward Boulevard, Room 203
Fort Lauderdale, Florida 33301

**RE:  Offer of Settlement in US v Eye:  Case No. 11-60004-CR-COHN**

Dear Honorable Judge Cohn,

You are holding in care and in trust my wife, Roanne Eye.  I am offering and issuing to this Court, eligible obligations along with authorized bonds in offset for the release of my wife.  If it pleases the Court to forgive her with assurance of compliance with all tax laws and accept my offer as an offset for her body, I agree to give up these valuable tokens so that no one suffers the burden.  These tokens are considered gold cash primary and will cure and offset any claims that have arisen.  The payment bond has been intentionally left blank as final payment is unknown.  As Roanne Eye's Attorney in Fact (certified and recorded Limited Durable Power of Attorney annexed) and husband, I am willing to take on the settlement and offset and become the surety for and on behalf of my wife for the full and faithful performance of the contract at hand.  Thank you, respectfully.

David Stephen Family Eye, EX
Title of Officer: Executor / Ad

SWORN TO and subscribed by me, ___14___ day of April 2012.

Notary Public          my commission expires



DENNIS M O'BRIEN
MY COMMISSION # EE149948
EXPIRES November 30, 2015
(407) 398-0153   FloridaNotaryService.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. 11-60004-CR-COHN

☐ DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.) _____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☐ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☑ OTHER= Personal Identifiers included